USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ivanjoel Aryeetey,

                    Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant's April 8, 2020 letter, attached here as Exhibit A, which it construes as a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  The Government shall respond to Defendant's letter motion by April 20, 2020.

    After filing its response, the Government shall mail a copy of this Order and its response to Defendant.  If it is impracticable for the Government to mail a copy of this Order and its response, then it should notify the Court within three days of the date of this Order, so the Court can implement an alternative procedure.

    SO ORDERED.


Dated: April 17, 2020
       New York, New York

_____
            ALISON J. NATHAN
          United States District Judge

# EXHIBIT A

4-8-20

Hello Judge Nathan!!!

How are you doing and I Pray to the Sweet Lord He is taking Good Care of your Family and Staff & Friends." Remember Judge Nathan from the day You Sentenced Me till Now you always Being in my Prayers". As You already know I'm Back to See you again On the "Davis Cases" I got a Plea deal of 60months I have Being Contacting my legal team from the Prison I'm In By letter Because of this Pandemic Going On we On lock down and Judge Nathan alot of People Being Getting Infected and these staff officers Being Hiding alot of things from the Inmates Judge Nathan I was 20 when I last Saw you I'm now 24years Old and a grown Man I learned alot and Feel Like I needed this time to experience my life Is Very Special and I was throwing it away". I have Being Programming and getting my Mind Right for the Future. Judge Nathan if you Sentence Me to the 60months, 15% of of that would Be 51months I have 44months In Right now So I would Be left with 7months I'm asking kindly if I Could get Release Under 18 U.S.C § 3582 on Compassionate Release due to these Chao's going On Plus my Mom Is 60years and Father 73years with No One to help them with this Pandemic going Judge Nathan!! Please Find it In your heart to have Mercy On me to go home and

help and take Care of them!! I also Got a addvess that
I Could Be On 24 hour Moniter which Is my Mom
and dad Address which Is 1473 fulton Ave, Apt 7, Bx, Ny
10456. Hopefully You find it In your heart to appiove
my Request Please & Thank you. Also I'm Really Scared
about this Virus I'm not trying to get Infected By it
So much fatality!' Thanks for taking your time to
Read my letter and Please take Good Care of your
Self We Need you Because You One of the Best
federal Judges Ever!!

Resperfully Submitted
Ivan Joel

Greeley 77458-054

Metropolitan
Detention Center
P.O. Box 329002
Brooklyn, N.y, 11032

10007-131699

Judge Nathen
500 Pearl Street
New york, N.y, 10007-1312

NEW YORK 2020 PM 1-L

USA
FOREVER