USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/20

# Law Offices Of
# Natali J.H. Todd, P.C.

| | | |
|---|---|---|
| **Natali J.H. Todd**<br>Member: NY & MA Bar | SO ORDERED 4/21/20<br><br>*Alison J. Nathan*<br><br>Alison J. Nathan, U.S.D.J. | **26 Court Street**<br>**Suite 413**<br>**Brooklyn, NY 11242-1134**<br><br>Tel: 718-797-3055<br>Fax: 718-504-3900<br>E-mail: natali_todd@yahoo.com<br>www.natalitoddlawyer.com |

April 20, 2020

By E.C.F.
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> Due to scheduling limitations at the MDC, a change of plea hearing is hereby tentatively scheduled for May 5, 2020 at 10:30 a.m. The Court will confirm that the hearing will proceed at that time by April 30, 2020. By April 24, 2020, Ms. Todd shall indicate whether she would like to speak with Defendant for 15 minutes prior to the hearing, and, if so, provide the Court with a telephone number at which she can be reached.
> SO ORDERED.

Re:   U.S. v. Ivanjoel Aryeetey, S14 15 Cr. 95 (AJN)

Dear Judge Nathan:

      I write to respectfully request that the Court schedule a plea hearing by phone as soon as is practicable for the Court and to further advise the Court that the defendant will not be pursuing a motion for compassionate release at this time.

      On March 18, 2020, the government extended a plea offer to Mr. Aryeetey which I promptly mailed to Mr. Aryeetey at MDC with a letter explaining certain terms. Mr. Aryeetey subsequently mailed back the plea agreement to me with his signature and indicated his willingness to accept the plea offer. On April 20, 2020, I spoke with Mr. Aryeetey in a prearranged telephone call to MDC and discussed the terms of the plea agreement, and the Superseding Information with him. He expressed his understanding of the terms of the plea agreement and the charged racketeering conspiracy (Count One of the Superseding Information) and his desire to move expeditiously with plea and sentencing. Mr. Aryeetey was also made aware of his right pursuant to Criminal Procedure Rule 43(a)(1)(3), to be physically present at his plea and sentence hearing but has expressed his desire to waive his right to be physically present and proceed by telephone.

      I have consulted with AUSA Jessica Feinstein and she has advised me that she is available to proceed with the change of plea hearing on Thursday, April 23, 2020 between 12:00 p.m. and 3:00 p.m. and after 3:30 p.m.; on Friday, April 24, 2020 after 11:00 a.m. or any day next week, except for Tuesday, April 28, 2020. Counsel is available to proceed during any of these times if the Court is available.

**LAW OFFICES OF**
**NATALI J.H. TODD, P.C.**

---

*U.S. v. Aryeetey, S14 15 Cr. 95 (AJN)*

      Thank you for your consideration to this request.

Respectfully,

/s/
Natali Todd, Esq.

cc: AUSA Jessica Feinstein (by email/E.C.F.)