USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ivanjoel Aryeetey,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

     A change of plea is scheduled in the above-captioned matter for May 5, 2020 at 10:30 a.m. A publicly-accessible audio line is available by dialing 855-268-7844, entering 32091812# as the access code, and entering 9921299# as the pin number.

     If the Court must transition to its teleconference line, a publicly-accessible audio line will be available by dialing (888) 363-4749, and entering Access Code 919-6964, followed by the pound (#) key.

     SO ORDERED.

Dated: May 4, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge