**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2020

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED  6/4/20

Alison J. Nathan, U.S.D.J.

Re:   *United States v. Nico Burrell, et al.*, S14 15 Cr. 95 (AJN),
      Defendant Ivanjoel Aryeetey (No. 32)

Dear Judge Nathan:

The Government writes with respect to the above-captioned defendant's guilty plea proceeding today. In light of the fact that the defendant's conviction on Count Four of the S2 15 Cr. 95 (AJN) Indictment and the sentence on that Count were vacated at today's plea, the Government, with consent of the defendant, seeks the defendant's continued detention pending imposition and execution of sentence (scheduled to occur in June 2020) on Count One of the S14 15 Cr. 95 (AJN) Information, to which he has pleaded guilty today, pursuant to 18 U.S.C. §§ 3141(b) and 3143(a)(1).

SO ORDERED

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   _____/s/_____
      Drew Skinner
      Assistant United States Attorney
      Tel. (212) 637-1587

cc: Natali Todd, Esq. (by ECF)