USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ivanjoel Aryeetey,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A sentencing in the above-captioned matter is tentatively scheduled for June 23, 2020 at 9 a.m. by videoconference.

    Upon receipt of the supplemental presentence investigation report, the parties shall inform the Court whether they are prepared to proceed to sentencing at that time. If so, Defendant shall submit his sentencing submission no later than June 15, 2020, and the Government shall submit its sentencing submission no later than June 17, 2020.

    SO ORDERED.

Dated: June 5, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge