UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                :

        -v-                                        :                15 Cr. 95 (JPC)

IVANJOEL ARYEETEY,                          :                ORDER
                          Defendant.      :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      For the reasons stated on the record, the Court ordered that Defendant Ivanjoel Aryeetey be released on bail with the condition of home confinement with location monitoring at the discretion of the Probation Office. The Probation Office shall set up Defendant's location monitoring as soon as possible. Defendant shall be restricted to his residence at all times except for medical appointments, medical treatments, and court appearances. The Probation Office shall notify the Court promptly of any noncompliance during Defendant's home confinement. The Court further modified Defendant's supervised release conditions to include inpatient treatment for up to ninety days. The parties shall appear for a status conference on January 23, 2024 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: September 27, 2023
       New York, New York

                                                          JOHN P. CRONAN
                                                  United States District Judge