```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
          -v-                                                          :
                                                                       :    15 Cr. 95 (JPC)
IVANJOEL ARYEETEY,                                                     :
                                                                       :         ORDER
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      For the reasons discussed at today's conference, the Court grants Michael J. Gilbert and Lucas Antonio Amodio's request to withdraw as counsel for Defendant and appoints Martin S. Bell as counsel for Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.  The Clerk of Court is respectfully directed to terminate Michael J. Gilbert and Lucas Antonio Amodio as counsel in this matter.  Martin S. Bell shall promptly file a notice of appearance.

      SO ORDERED.

Dated: June 17, 2024  
       New York, New York

                                                                  JOHN P. CRONAN  
                                                               United States District Judge