UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
       :
UNITED STATES OF AMERICA       :
       :
    -v-       :    15 Cr. 95 (JPC)
       :
IVANJOEL ARYEETEY,       :    <u>ORDER</u>
       :
    Defendant.       :
       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Mr. Aryeetey is scheduled to be sentenced by the Court on February 19, 2025.  On November 12, 2024, defense counsel filed a letter indicating his "belie[f] that the Court can find [Mr. Aryeetey] culpable on Specification No. 7 in light of the jury's verdict [in *United States v. Aryeetey*, No. 23 Cr. 561 (JPC)], and further find, as undisputed at trial, that [Mr. Aryeetey] failed to report to Probation for a period of weeks after the incident described in Specification No. 7, in line with Specification No. 5."  Dkt. 3558.  The letter also signaled the Government's agreement.  *Id.*  By February 17, 2025, each party shall submit a letter to the Court (a) addressing whether evidence was presented at trial that Mr. Aryeetey failed to report to Probation for a period of weeks following the incident described in Specification No. 7 and, if so, identifying the location of that evidence in the trial record, and (b) addressing whether Mr. Aryeetey should be allocated on Specification No. 5 at sentencing.

    SO ORDERED.

Dated: February 10, 2025
      New York, New York

                                                     JOHN P. CRONAN
                                            United States District Judge